E. Moch Company, Respondent, *v.* The Security Bank
of New York, Appellant.

*Moch Co.* v. *Security Bank of New York,* 176 App. Div. 842,
affirmed.

(Argued February 5, 1919; decided February 25, 1919.)

Appeal from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered February 14, 1917, affirming a judgment in favor
of plaintiff entered upon a verdict directed by the court.
The action was to recover the proceeds of twenty-two
checks drawn to the order of plaintiff, it being alleged
that Eugene Moch, who was president of plaintiff com-
pany, received each check and without authority indorsed
thereon " E. Moch Company " and thereunder " Eugene
Moch " and thereafter deposited the checks to his
personal account in the Fourteenth Street Bank; that
said bank accepted the checks and placed the same to
the credit of Eugene Moch's personal account; that said
bank applied the proceeds of the checks in payment of
checks drawn against said proceeds by Eugene Moch
personally and thereby misappropriated the proceeds
thereof to the personal use of Eugene Moch; that this
application of the proceeds of said checks was without
authority; and that the said Fourteenth Street Bank
accepted and collected said checks with notice that the
said checks and the proceeds thereof were the property
of the plaintiff and with notice, putting it upon inquiry
which it failed to make, which would have disclosed that
the same was placed to the personal credit and account of
Eugene Moch and collected, and the proceeds thereof
withdrawn, paid and appropriated for the personal use of
said Eugene Moch, without authority. The defenses
were that the plaintiff had released Eugene Moch from
all liability in connection with the checks; that the
plaintiff had ratified and confirmed the transactions of
Eugene Moch in connection with said checks; that
Eugene Moch paid the proceeds of the checks to the

plaintiff and that the defendant had paid the proceeds of the checks to the plaintiff.

*Burt D. Whedon* for appellant.

*William Bondy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and ANDREWS, JJ.   Not voting: McLAUGHLIN, J.